IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DARRELL ROYBAL, et al.,**

    **Plaintiffs,**

**v.**                                                                                          **Cause No. 1:17-CV-00245-WPL-LF**

**RICHARD R. MARTINEZ, et al.,**

    **Defendants.**

**STIPULATED DISMISSAL OF ALL CLAIMS AGAINST**

**INDIVIDUALLY-NAMED DEFENDANTS WITH PREJUDICE**

    **COME NOW,** the parties, by and through their undersigned attorneys of record, pursuant to Fed. R. Civ. P. 41(a)(1)(A), and hereby stipulate to the voluntary dismissal of all claims made against Defendants Richard R. Martinez, Fredrick Martinez, Eric V. Martinez, and Pablo Lujan with prejudice.  This Stipulated Dismissal is not intended to, and will not, affect any claims against the remaining Defendant whether direct claims or claims brought under agency theories or constitutional causes of action.

    Respectfully Submitted:

    **O'Friel and Levy, P.C.**

       /s/ Approved via Email 6/22/17
    Pierre Levy, Esq.
    *Attorney for Plaintiffs*
    PO Box 2084
    Santa Fe, NM 87504
    Phone: (505) 982-5929

**Narvaez Law Firm, P.A.**

*/s/ Henry F. Narvaez*
Henry F. Narvaez, Esq.
Michael B. Calderón, Esq.
*Attorneys for Individual Defendants*
PO Box 2967
Albuquerque, NM 87125-0967
Phone: (505) 248-0500

**Coppler Law Firm, P.C.**

*/s/ Approved via Email 6/22/17*
Gerald Coppler, Esq.
*Attorney for Defendant EPS*
*Board of Education*
645 Don Gaspar Ave.
Santa Fe, NM 87505
Phone: (505) 988-5656

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 26, 2017, I filed the foregoing electronically through the Court's electronic filing system (CM/ECF), which caused the above parties or counsel of record to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

*/s/ Henry F. Narvaez*
**Henry F. Narvaez, Esq.**